# MINUTE ORDER

Page 2

## Magistrate Judge Melissa Damian

Atkins Building Courthouse - 5th Floor      Date: 1/11/2023   Time: 1:30 p.m.

Defendant: ANDRE LORQUET      J#: 07721-506      Case #: 22-CR-20326-MOORE
AUSA: **Jonathan Bailyn**      Attorney: ZELJKA BOZANIC *(perm)*
Violation: PRETRIAL RELEASE VIOLATION      Surr/Arrest Date: 1/10/2023   YOB: 1984

Proceeding: Initial Appearance      CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:
Bond Set at:      Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: **English**

Disposition:

Defendant advised of rights + charges

No Bond due to Judge Moore's Order

All further proceedings before Judge Moore.

Counsel Zeljka Bozanic present in Court.

USPO Jimmy Navarro Present

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. **13:54:00**      Time in Court: **6 mins**

s/Melissa Damian _____ Magistrate Judge