## EXHIBIT 2

File Name:    07721506_Jan_24_2023_17_04_17_PM_5615412311.wav
Start Time:   01:35