## EXHIBIT 3

File Name:     07721506_Jan_26_2023_10_46_26_AM_7866378784.wav
Start Time:    6:40