Dear Honorable Judge Louis,

I'm writing to you with the help of another in regard to the controversial matter that has come before you in good faith asking that you will please consider my humble approach in offering this much needed apology to you and your court. In honesty, Judge, I suffer from ADD and a learning disability which deprives me of truly comprehending and understanding many things and situations. My learning disability was discovered during my childhood years and prevents me from reading, spelling correctly, and comprehending causing my dependance on the knowledge and advice of others. True in fact, I am ignorant of judicial proceedings, but I am aware of what's right and wrong. I now know what was done was wrong and accept the consequences of my ignorance and choices. I have no doubt that you are a person of reason, and I humbly ask for your forgiveness and plead for your mercy.

Sincerely,

Andre Lorquet

FILED BY_____D.C.

AUG 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID

$9.65

Origin: 23502
08/21/23
5165290501-03

PRIORITY MAIL®

0 Lb 1.30 Oz
RDC 01

EXPECTED DELIVERY DAY: 08/24/23

C075

SHIP TO:
301 N MIAMI AVE
FL 11
MIAMI FL 33128-7712

USPS TRACKING® #

9505 5139 1926 3233 0746 45

PRIORITY® MAIL

ırance (restrictions apply).*
ıternational destinations.

orm is required.

ns exclusions see the

ty and limitations of coverage.

INSPECTED U.S.M.S.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

FROM:

Andre Lorquet
15684 SW 118 Ln
miami Fl. 33196

TO:

Judge Lauren Louis
C. Clyde Atkins U.S.
Courthouse
301 N. miami Ave. 11th Flr
miami, Fl. 33128

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

