Re: United States v. Lorquet    Case No. 1:22-cr-20326-KMM

Dear Judge Moore, and Judge Lauren Louis

FILED BY MC D.C.
NOV 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

The defendant in this case has requested my assistance with writing this letter. I adopted these words to express his concerns.

When asked of his ability to read and write the defendant innaccurately answered in the affirmative. Throughout the defendant's youth he struggled with learning dissabilities and prescribed Ritalin and Aderal. Having experienced constant ridicule and bullying for his disability and Hatian heritage, the defendant was ashamed and embarassed to address this disability in the public forum of the courtroom.

When his first attorney presented him with the plea, the defendant was unable to comprehend its details, what he was subject to, what his rights were, or its general import. The defendant was embarassed to ask his attorney to make clarifications. The defendant maintains a fifth grade reading proficiency and a comprehension disorder. However, with the assistance of others, he found that he did not agree with what the plea he had already signed contained, that he was accepting a version of events he disputed, that he was waiving his trial and post conviction remedies, nor did he agree with the role or culpability assigned to his conduct.

Thus the defendant seeks to withdraw his plea, signed under duress, of which terms he had not been able to comprehend. The defendant also expressed the pressure he felt from threats directed toward his family by those individuals whom had completed, signed and submitted the loan documents for which the defendant was charged.

Respectfully,

Andre Lorquet 07721506
FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 330
3 NOV 2023 PM 4 L

To The Chambers of the Honorable
Judge Lauren Louis
400 North Miami Ave
Miami, FL 33128.

33128—180199

USMS
INSPECTED RECEIVED
NOV 07 2023
2:48 PM