

FILED BY ▓▓ D.C.

JAN 23 2024

ANGELA E. ▓▓▓▓▓
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: United States v. Lorquet Case No. F22-CR-20326-KMM

Dear Judge Lewis and Judge Moore,

The defendant in this case has requested assistance in writing this letter. I have adopted these words to express his concerns.

When asked of his ability to read and write, the defendant inaccurately answered in the affirmative. Throughout the defendant's youth he struggled with learning disabilities and prescribed Ritalin and Adderall. Having experienced constant ridicule and bullying for his disabilities and Haitian heritage, the defendant was ashamed and embarrassed to address this disability in the public forum of the courtroom.

When his first attorney presented him with the plea, the defendant was unable to comprehend its details, what he was subject to, what his rights were, and its general import. The defendant was embarrassed to ask his attorney to make clarifications. The defendant maintains a fifth grade reading proficiency and comprehension disorder. However, with the assistance of others, he does not agree with what the plea that he had already signed contained, that he was accepting a version of events he disputed, that he was waiving his post conviction remedies, nor did he agree with the role or culpability assigned to him.

Thus the defendant seeks to withdraw his plea, signed under duress, of which terms he had not been able to comprehend. The defendant also expressed the pressure he felt from the threats directed toward his family by those individuals whom had completed, signed and submitted the loan documents for which the defendant was charged.

Respectfully,

A Concerned Citizen

Andre Brouet
51560 131514
Miami FL 33170

Judge Lauren F. Louis
e. Clyde Atkins
U.S. Courthouse
301 North Miami Avenue 11th Floor
Miami FL 33128



U.S. POSTAGE PAID
FCM LETTER
RALEIGH, NC 27676
JAN 16, 2024
$0.66
R2304N118510-1

Retail
RDC 99
33128

33128877704 0075