









# DAVID DIAMONDS

Monday to Saturday 10 to 6.30
Friday & Saturday Till 7:30

**PHONE: 786 452 3894**
DDMUSHAEV1998@GMAIL.COM
DAVID_DIAMONDSS
7900 NW 27TH AVE, MIAMI
FL 33147 BOOTH #A09-A10 2ND FLOOR

**Name:** MIAMI ENT LLC
**Phone:** 561-5840440
**Address:**
**Date:** 11/29/21

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1) | AP Watch 41mm Custom Made with Diamonds | $30,900 | |
| | | Total wire fee 7% | |
| | | **TOTAL** | $30,900 |

**RECEIVED BY**

**NO REFUND - NO EXCHANGE**
**THANK YOU**



**MONEY JEWELS**

18218 NW 27th Ave
Miami Gardens, FL 33057
PH: 305-8359008

7900 NW 27th AV, Miami, FL 33147
Booth #503

Phone: 561-584-0440   Date: 12-01-2021
Name: Miami Ent LLC
Adress:
Salesman:_____   Terms:_____

| Quantity | Description | Price | Amount |
|---|---|---|---|
| | deposit for | | $ 5,000 |
| | custom piece | Including | |
| | Pandent | 7% | |
| | | tax | |
| | with gold 10k | | |
| | and Diamods | | |
| | | | $ 5,000 |

Signature: _____

NO REFUND EXCHANGE ONLY WITHIN 3 DAYS
Thank you for shopping with us.



**MONEY JEWELS**

18218 NW 27th Ave
Miami Gardens, FL 33057
PH: 305-8359008

7900 NW 27th AV, Miami, FL 33147
Booth #503

Phone: 561-584-0440   Date: 01-06-2022
Name: Miami Ent LLC
Adress:
Salesman:_____ Terms:_____

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 1 | Custom Piece | | 46,100 |
| | 10k rose gold | Including 7% tax | |
| | with Dia | | |
| | | $ | 46,100 |

Signature: _____

**NO REFUND EXCHANGE ONLY WITHIN 3 DAYS**
Thank you for shopping with us.



**MONEY JEWELS**

18218 NW 27th Ave
Miami Gardens, FL 33057
PH: 305-8359008

7900 NW 27th AV, Miami, FL 33147
Booth #503

Phone: 561-584-0440   Date: 12-01-2021
Name: Miami Ent LLC
Adress:
Salesman:   Terms:

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 1 | Chain Cuban link 10k gold with 70 ct Dia | | 78,500 |
| | | | including |
| | costom 500g Chain | | 7% tax |
| | | | $ 78,500 |

Signature: _____

**NO REFUND EXCHANGE ONLY WITHIN 3 DAYS**
Thank you for shopping with us.



**MONEY JEWELS**

18218 NW 27th Ave
Miami Gardens, FL 33057
PH: 305-8359008

7900 NW 27th AV, Miami, FL 33147
Booth #503

Phone: 561-584-0440   Date: 11-26-2021
Name: Miami Ent LLC
Adress:
Salesman:                    Terms:

| Quantity | Description | Price | Amount |
|---|---|---|---|
| 1 | 1 kilo Cuben link | $ | 30,000 |
|  | Chain 10k gold | Including |  |
|  | Custom made | 7% tax |  |
|  |  | $ | 30,000 |

Signature: _____

**NO REFUND EXCHANGE ONLY WITHIN 3 DAYS**
Thank you for shopping with us.