| Client Business Name | Client Emails | Client Name | PPP Amount (Pre-App) | PPP Status | Notes/Missing Documents |
|---|---|---|---|---|---|
| Forever Vvs LLC | Forevervvsllc@gmail.com | ▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| DBA Rosemary Investing | Dbarosemary@gmail.com | R▉ M▉ | 198,990 | Pending | Need to upload a voided check |
| BWOWS BROWZ | bwowdbrowz87@gmail.com | W▉ H▉ | 198,990 | D | Client needs to call for resubmission |
| McGriff Enterprises LLC | Mcgriffenterprisesllc3@gmail.com | A▉ M▉ | 198,990 | Pending | Uploaded 941 6/30/20. Had resubmit the form Form941 7/01/20 |
| Creative Associates Memphis Inc | creativeassociatesmemphis2020@gmail.com | S▉ E▉ | 198,990 | D | Schedule C was request-Client to call for resubmission |
| KRUSH VELVET & CO. | Krushvelvetco2020@gmail.com | A▉ B▉ | 198,990 | D | Client needs to call for resubmission |
| Building A Generation of Stars | bldgagenerationofstars@gmail.com | G▉ E▉ | 198,990 | D | Schedule C was request-Client to call for resubmission |
| Shoe Lady | Shoeladytanae@gmail.com | T▉ G▉ | 198,990 | D | Client needs to call for resubmission |
| Stone Love Retreat | Stoneloveretreatllc@yahoo.com | J▉ S▉ | 198,990 | D | Client needs to call for resubmission |
| Reliance Transportation | Reliancetransportllc@yahoo.com | K▉ M▉ | 198,990 | D | Client needs to call for resubmission |
| Legacy Construction & Roofing | Ladcharles3@gmail.com | C▉ L▉ | 198,990 | D | Schedule C was request-Client to call for resubmission |
| FTP Tax Solutions | Ftptaxsolutions@yahoo.com | K▉ G▉ | 198,990 | D | Client needs to call for resubmission |
| Nirvana Foundations LLC | nivanafoundationllc@gmail.com | M▉ A▉ | 198,990 | D | Client needs to call for resubmission |
| GoldGod LLC | goldgodllc@gmail.com | ▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| Phase 4 Media LLC | Phase4medialllc@gmail.com | J▉ E▉ | 198,990 | Approved | |
| RGA Auto Body | genevaskeen8@gmail.com | G▉ S▉ | 198,990 | D | Client needs to call for resubmission |
| JDivas Dance Company | Jdivadancecompany@gmail.com | ▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| A Rare Collections | Ararekickcollectionllc@gmail.com | E▉ ▉ | 198,990 | Approved | |
| A Helping Hand | ahelpinghand350@gmail.com | G▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| Daniela Randon PA | danielarendonpa@gmail.com | D▉ R▉ | 198,990 | Approved | |
| Blowin Bandz Entertainment | blowinbandzentertainment@gmail.com | ▉ W▉ | 198,990 | D | Client needs to call for resubmission |
| PEDA Quality Services OF FL | Samuelt1225@gmail.com | S▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| AJI Clark Bathtub Refinishing LLC | ajiclarkbathtub@gmail.com | G▉ C▉ | 198,990 | Approved | |
| This Is Sound | thisissound2020@yahoo.com | A▉ T▉ Jr | 198,990 | D | Client needs to call for resubmission |
| Grandmas Babysitting Center | grandmasbabysitting12@gmail.com | S▉ H▉ | 198,990 | D | Client needs to call for resubmission |
| Creative Designs by Cheryl | Creativedesignscheryl@yahoo.com | C▉ M▉ | 198,990 | D | Client needs to call for resubmission |
| Ava's Non-Medical healthcare LLC | vanessabannister146@gmail.com | V▉ B▉ | | D | Client needs to call for resubmission |
| SR Miami Crop | Srmiamicorp@gmail.com | D▉ R▉ S▉ | 198,990 | Pending | Sent to be processed by SBA |
| DL Pressure Cleaning and Car wash | lukensderose8@gmail.com | L▉ ▉ | 198,990 | Pending | Pending decision |
| Dr Finest Auto Import Corp | DRFINESTAUTOIMPORTCORP@gmail.com | W▉ C▉ | 198,990 | D | Client needs to call for resubmission |
| BrandonHoward LLC | brandonhowardsr248@gmail.com | B▉ H▉ Sr. | 198,990 | D | Client needs to call for resubmission |
| Cash Management | casimirjoevin@gmail.com | J▉ C▉ | 198,990 | Pending | Pending decision |
| Third Strike Inc | Thirdstrikeinc@yahoo.com | D▉ K▉ | 198,990 | D | Client needs to call for resubmission |
| Black Diamond security Agency | dexterblackdiamond2020@gmail.com | D▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| T & M Preeminent Homes LLC | tmpreeminenthomesllc@yahoo.com | ▉ ▉ | 198,990 | D | Client needs to call for resubmission |
| J Torres International LLC | Jtorresinternationalllc@gmail.com | ▉ T▉ | 198,990 | D | Client needs to call for resubmission |

| Not Processed Clients | Missing documents |
|---|---|
| HEART&SOLE | February Bank Statements /Send pdf to group |
| Rodney Crabs and more | February Bank Statements /Send pdf to group |
| Milan Chic | February Bank Statements /Send pdf to group |
| Kre8tive Cotto | Not found in email |
| The History of Cannabis LLC | Not found in email |
| Money Sick Records | Not found in email |
| Tanya Place Corp | Not found in email |
| ASR Multi Service | February Bank Statements /Only have January |
| Stephen& Son Trucking INC | February Bank Statements /Send pdf to group |
| Di'vine Destination Travel | February Bank Statements /Send pdf to group |
| The House of illectrik | February Bank Statements /Send pdf to group |
| Eat Me Ediblez | No statement or ID attached to email |
| Underworld Entertainment LLC | February Bank Statements /Only have January |
| Tmath Holding LLC | February Bank Statements /Send pdf to group |
| Luisa Franco Real Estate | February Bank Statements /Send pdf to group |
| Catch A Vibe2 LLC | February Bank Statements /Send pdf to group |
| 338 TRUCKING LLC | No statement or ID attached to email |
| A Step Between | Business started after 2/15/20. |
| Girly Girls Kid Collection | Business started after 2/15/20. |



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-CR-20326-MOORE

EXHIBIT NO. 03



Account: 4861513265
Amount: 29,700.00
PostDate: 20200716
Tran_ID: 708108876
CheckNum: 6654204098
DIN: 708108881
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 708108881
ECEItemSeqNum: 000000708108881



Account: 4861513265
Amount: 29,700.00
PostDate: 20200716
Tran_ID: 708108876
CheckNum: 6654204098
DIN: 708108881
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 708108881
ECEItemSeqNum: 000000708108881



Account: 2590309775
Amount: 29,849.85
PostDate: 20200703
Tran_ID: 701084861
CheckNum: 0
DIN: 701084866
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 701084866
ECEItemSeqNum: 000000701084866



Account: 2590309775
Amount: 29,849.85
PostDate: 20200703
Tran_ID: 701084861
CheckNum: 0
DIN: 701084866
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 701084866
ECEItemSeqNum: 000000701084866

Page 62 of 118



Account: 1641003763
Amount: 30,000.00
PostDate: 20200703
Tran_ID: 700990656
CheckNum: 1650223381
DIN: 700990661
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 700990661
ECEItemSeqNum: 000000700990661



Account: 1641003763
Amount: 30,000.00
PostDate: 20200703
Tran_ID: 700990656
CheckNum: 1650223381
DIN: 700990661
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 700990661
ECEItemSeqNum: 000000700990661

Page 60 of 118



Account: 4861513265
Amount: 30,260.00
PostDate: 20200710
Tran_ID: 705377226
CheckNum: 6623201061
DIN: 705377231
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 705377231
ECEItemSeqNum: 000000705377231



Account: 4861513265
Amount: 30,260.00
PostDate: 20200710
Tran_ID: 705377226
CheckNum: 6623201061
DIN: 705377231
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 705377231
ECEItemSeqNum: 000000705377231



```
Account: 898084903335
Amount: 34,400.00
PostDate: 20210415
Tran_ID: 533391316
CheckNum: 50023
DIN: 533391321
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 533391321
ECEItemSeqNum: 000000533391321
```



```
Account: 898084903335
Amount: 34,400.00
PostDate: 20210415
Tran_ID: 533391316
CheckNum: 50023
DIN: 533391321
ReturnReasonCode:
ReturnReasonDescription:
Orig_DIN: 533391321
ECEItemSeqNum: 000000533391321
```